# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOB ROBLES,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL, Commissioner of<br><br>Social Security,<br><br>           Defendant | Case No.: 2:20-CV-1069-JDP (SS)<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE<br><br>ECF No. 17 |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Job Robles ("Plaintiff") and defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to February 3, 2021; and that Defendant shall have until March 5, 2021, to file his opposition. Any reply by plaintiff will be due March 26, 2021.

-1-

This is Plaintiff's first extension and an extension of time is needed for in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 31, 2020    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff JOB ROBLES

DATED:  January 3, 2021    MCGREGOR W. SCOTT
United States Attorney


*/S/- Ellinor Coder

_____
Ellinor Coder
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

# ORDER

Pursuant to stipulation, it is hereby ordered that plaintiff may have an extension of time, to and including February 3, 2021, in which to file plaintiff's Motion for Summary Judgment. Defendant may have an extension of time to March 5, 2021 to file his opposition, if any. Any reply by plaintiff is due March 26, 2021.

IT IS SO ORDERED.

Dated:   January 15, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE