**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOB ROBLES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01069-JDP (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER<br><br>ECF No. 20 |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from March 5, 2021 to April 5, 2021.  This is the Defendant's first request for an extension and the parties' second request.  Defendant requests this extension because the undersigned will be out of the office March 1-5, 2021 performing pre-scheduled military training, and due to urgent non-litigation matters that unexpectedly arose before this time, the undersigned has not been able to complete the brief before departure.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  February 26, 2021 | /s/  *Steven G. Rosales* \* |
| | (*as authorized via e-mail on Feb. 26, 2021) |
| | STEVEN G. ROSALES |
| | Attorney for Plaintiff |
| Dated: February 26, 2021 | McGREGOR W. SCOTT |
| | United States Attorney |
| | DEBORAH LEE STACHEL |
| | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| By: | /s/  *Ellinor R. Coder* |
| | ELLINOR R. CODER |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

 Pursuant to the parties' stipulation, it is hereby ordered that defendant shall have an extension, up to and including April 5, 2021, to respond to plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  March 1, 2021               _____
                           JEREMY D. PETERSON
                           UNITED STATES MAGISTRATE JUDGE